UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-10076-NMG |
| ) | |
| KENYATTA ELIJAH JAHKUR ) | Violation: |
| ) | 18 U.S.C. § 922(g)(1) - |
| ) | Possession of a Firearm and |
| ) | Ammunition by a Convicted |
| ) | Felon |
| ) | |

### INDICTMENT

COUNT ONE:   18 U.S.C. § 922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about November 11, 2004, in Quincy, in the District of Massachusetts,

**KENYATTA ELIJAH JAHKUR,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Glock, Model 34, 9mm semi-automatic pistol, with an obliterated serial number; a Taurus, .38 caliber revolver, bearing serial number GK79213; and ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, March 23, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk  2:34pm

≈JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. II    Investigating Agency  ATF

City  Quincy    Related Case Information:

County  Norfolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Kenyatta Elijah Jahkur    Juvenile  ☐ Yes  ☒ No

Alias Name  Edward Harris

Address  37 Crawford Street, Dorchester, MA

Birth date: 1978    SS#: *** ** 8375    Sex: M    Race: B    Nationality: U.S.A.

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  William H. Connolly    Bar Number if applicable  634501

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: /s/ William H. Connolly

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy

Name of Defendant    Kenyatta Elijah Jakhur

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

District Court Case Number  (To be filled in by deputy

Name of Defendant      Kenyatta Elijah Jakhur

JS 45.wpd - 3/13/02

District Court Case Number  (To be filled in by deputy

Name of Defendant      Kenyatta Elijah Jakhur

JS 45.wpd - 3/13/02