# Law Offices of Michael F. Natola

The Prince Building  
63 Atlantic Avenue  
Boston, Massachusetts  02110

Tel.  (617) 367-1199  
Fax  (617) 227-3384  
E-mail  MFNatola@aol.com

May 10, 2005

Honorable Marianne B. Bowler  
United States District Court  
One Courthouse Way  
Boston, Massachusetts  02210

Re:   Criminal No.  05-10076-NMG  
      **_United States v. Kenyatta Elijah Jahkur_**

Your Honor:

   The above-referenced action is scheduled for a status conference before you on Friday, May 20th at 10:30 A.M.

   Mr. Jahkur would like to be present in court to attend the status conference, and may desire to address the Court on issues of importance to him.

   Accordingly, I am writing on his behalf to request that you have the Marshals Service transport Mr. Jahkur to court from the Essex County Correctional Facility on May 20th.

   If you have any questions or concerns in regard to the foregoing, your clerk may reach me at the telephone number above.

   Thank you in advance for your kind attention to this matter.

                                                      Very truly yours,


                                                      /s/ Michael F. Natola  
                                                      MICHAEL F. NATOLA

cc:   AUSA W. Connolly