UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10076-NMG |
| | ) | |
| KENYATTA ELIJAH JAHKUR, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE TIME FROM
MAY 23, 2005 THROUGH AND INCLUDING JULY 1, 2005**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney William Connolly, and the defendant, KENYATTA ELIJAH JAHKUR, by and through his counsel, Michael Natola, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from May 23, 2005, the next day of business after which an Initial Status Conference was held in this matter, up to and including July 1, 2005, the date by which the defendant must file his motions, be excluded from computation under the Speedy Trial Act of the time within this case must be tried.  As reasons therefore, the parties represent that this brief continuance is necessary so that the defendant can prepare anticipated motions and the government may then respond.  Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from May 23, 2005 through July 1, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ William Connolly
William Connolly
Assistant U.S. Attorney

                                                KENYATTA ELIJAH JAHKUR
                                                Defendant

                              By:    /s/ Michael Natola (by govt[1].)
                                                Michael Natola, Esq.
                                                Counsel for Defendant

DATE: May 20, 2005

---

[1]Defendant assented to excluding the described period of time from Speedy Trial calculations in open court on May 20, 2005.