# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10076-NMG

UNITED STATES OF AMERICA

v.

KENYATTA ELIJAH JAHKUR

### *FINAL STATUS REPORT*

May 20, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with possession of a firearm and ammunition by a convicted felon, was returned on March 23, 2005;

2. The defendant was arraigned on the Indictment on April 7, 2005;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five witnesses and that the trial would last approximately three to four days;

5. Counsel for the defendant will file a motion to suppress by July 1, 2005;

6. As of the date of this Final Status Report, time has been excluded through July 1, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

2