# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>)<br>KENYATTA ELIJAH JAHKUR ) | No. 05-cr-10076-NMG |

## MOTION TO EXTEND TIME

The defendant respectfully moves the Court to extend the time for the filing of his substantive motions from July 1, 2005 to September 2, 2005.

In support hereof, counsel respectfully says that due to his heavy present case load and previously scheduled summer vacation he needs the additional requested time to research and draft the defendant's substantive motions.

Finally, on June 23, 2005, Assistant United States Attorney William Connolly told counsel for the defendant that the United States did not oppose the instant motion.

                                                Kenyatta Elijah Jahkur
                                                By his attorney,

                                                /s/Michael F. Natola

June 27, 2005                                  _____
                                                MICHAEL F. NATOLA
                                                BBO No. 367580
                                                63 Atlantic Avenue
                                                Boston, Massachusetts 02110
                                                Tel. (617) 367-1199
                                                Fax (617) 227-3384
                                                E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney William Connolly.

    /s/ Michael F. Natola
    _____