# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>)<br>KENYATTA ELIJAH JAHKUR ) | No. 05-cr-10076-NMG |

## JOINT MOTION TO EXCLUDE TIME

The United States and the defendant jointly respectfully move the Court, pursuant to Title 18 U.S.C. §3161(h)(8)(A), to issue an order excluding from the computation of the time within which this case must be tried under Speedy Trial Act the period from June 27, 2005 (the date upon which the defendant filed a <u>Motion to Extend Time</u>) until December 12, 2005 (the scheduled trial date).

In support hereof, the parties respectfully say that the requested exclusion of time is warranted due to:

1. The allowance of the defendant's <u>Motion to Extend Time</u> until September 23, 2005 for the filing of his <u>Motion to Suppress Evidence Illegally Seized</u>;

2. The fourteen days the Court has accorded the government within which to file its opposition to the defendant's motion to suppress;

3. The time which the Court reasonably anticipates it will require to rule on the defendant's motion to suppress; and

4. Any presently unanticipated pretrial matters which may arise and which will have to be resolved by the Court prior to the commencement of trial.

                                  Kenyatta Elijah Jahkur
                                  By his attorney,

August 12, 2005                  /s/ Michael F. Natola
                                  _____
                                  MICHAEL F. NATOLA
                                  BBO No.  367580
                                  63 Atlantic Avenue
                                  Boston, Massachusetts  02110
                                  Tel.  (617) 367-1199
                                  Fax   (617) 227-3384
                                  E-mail  MFNatola@aol.com


                                  MICHAEL J. SULLIVAN
                                  United States Attorney, by

                                  /s/ William H. Connolly
                                  _____
                                  WILLIAM H. CONNOLLY
                                  Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney William H. Connolly.


                                  /s/ Michael F. Natola
                                  _____