UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | |
| v.          ) | No. 05-cr-10076-NMG |
| ) | |
| ) | |
| **KENYATTA ELIJAH JAHKUR** ) | |

### MOTION TO SUPPRESS EVIDENCE ILLEGALLY SEIZED

The defendant complains that he was the victim of an unlawful search and seizure, and respectfully moves the Court to order the suppression of all the unlawfully obtained evidence in the possession of the government, to wit:

**1.**  Two alleged firearms.

**2.**  Any and all statements and/or admissions attributed to the defendant.

**3.**  Any and all other evidence obtained as a direct or indirect result of the aforesaid search and seizure.

The search and seizure was made and the said evidence was obtained on November 11, 2004, at approximately 3:00 o'clock A.M. at Quincy, Massachusetts by officers of the Quincy Police Department as a result of a warrantless search and seizure of the defendant.

The search and seizure was unlawful because:

**A.**  The defendant did not consent thereto.

**B.**  The search was conducted without a warrant.

**C.**  The search was not conducted incident to a lawful arrest.

**D.**  There was no probable cause for the search.

**E.**  The search was not a lawful inventory search.

**F.**  There were no exigent circumstances to justify a warrantless search.

Any statements obtained from the defendant were obtained unlawfully because:

A. The defendant was not properly advised of his Fifth and Sixth Amendment rights prior to being interrogated.

B. The defendant was deprived of his rights to remain silent and to enjoy the advice of counsel.

C. The statements attributed to the defendant were not made voluntarily, but were the product of fear, duress, coercion, and deception on the part of law enforcement agents.

D. The defendant did not intelligently and voluntarily waive his Fifth and Sixth Amendment rights.

E. The defendant's statements were obtained as "the fruit of the poisonous tree."

Therefore, the defendant respectfully says that the said evidence was obtained in violation of his rights under the Fourth, Fifth, and Sixth amendments to the Constitution of the United States.

## REQUEST FOR HEARING

The defendant respectfully requests a hearing on this motion, and estimates that the length thereof will not exceed four hours.

## REQUEST FOR FINDINGS AND RULINGS

The defendant respectfully requests that the Court enter written findings of fact and rulings of law with respect to its determination of the instant motion.

Kenyatta Elijah Jahkur
By his attorney,

/s/ Michael F. Natola
_____

September 22, 2005

MICHAEL F. NATOLA
BBO No. 367580
63 Atlantic Avenue
Boston, Massachusetts 02110
Tel. (617) 367-1199
Fax (617) 227-3384
E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

      I, Michael F. Natola, attorney of record for the defendant, hereby certify that a true copy of the foregoing affidavit has been served the above date, electronically and by first class mail, upon Assistant U.S. Attorney William H. Connolly.

      /s/Michael F. Natola
      _____
      MICHAEL F. NATOLA