UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>)<br>KENYATTA ELIJAH JAHKUR ) | No. 05-cr-10076-NMG |

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO SUPPRESS EVIDENCE ILLEGALLY SEIZED**

Now comes Elijah Jahkur, and hereby deposes and says:

1. I am the defendant in the above-referenced action, and I make this affidavit in support of my Motion to Suppress Evidence Illegally Seized.

2. On November 11, 2004 at approximately 3:00 o'clock A.M. I was walking alone on Faxon Park Road in Quincy, Massachusetts.

3. As I was in the vicinity of 81 Faxon Park Road, a police officer in a marked Quincy Police Department cruiser pulled alongside me, and the officer said to me, "Hey, what's going on," or similar words.

4. I replied that I had been in an accident with my girlfriend's car and was looking for a telephone to report the accident and call for assistance.

5. I did not own or possess a cellular telephone at that time.

6. The officer immediately got out of his cruiser, became aggressive toward me, pulled his gun out and pointed it at me, told me to put my hands up and come toward his cruiser.

7. The officer asked me if I had any weapons on me, and I told him that I did not.

8. He then asked me if I had any identification on me, and I replied that I had a

    driver's license in my wallet which was in my back pocket.

9. He then reached in my back pocket, removed my license from it, and examined the license.

10. He then patted down my body and claims that he found two firearms on me.

11. After he did that, he put handcuffs on me, told me I was under arrest, put me in the back of his cruiser, and drove off with me.

12. The officer did not have a warrant for my arrest or a warrant to search me.

13. I did not give the officer permission to search me.

Sworn to and subscribed under the pains and penalties of perjury this 19th day of September, 2005.

                                          /s/Elijah Jahkur
                                          _____
                                          Elijah Jahkur


## **CERTIFICATE OF SERVICE**

    I, Michael F. Natola, attorney of record for the defendant, hereby certify that a true copy of the foregoing affidavit has been served the above date, electronically and by first class mail, upon Assistant U.S. Attorney William H. Connolly.

                                          /s/Michael F. Natola
                                          _____
                                          MICHAEL F. NATOLA