UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5-10076-NMG |
| | ) | |
| ELIJAH JAHKUR | ) | |
| | ) | |

GOVERNMENT'S MOTION TO EXTEND TIME FOR FILING RESPONSE

The government hereby requests an extension of time within which the government must respond to the defendant's motion to suppress. The defendant's motion was filed on September 22, 2005. The government's response to the defendant's motion to suppress was due on October 7, 2005.

As grounds for this motion, the government states that AUSA William Connolly has recently been assigned to a new unit within the United States Attorney's Office and will no longer be assigned to this case. The requested continuance will provide the government sufficient time to reassign the case to a new AUSA and provide the newly assigned attorney time to review the case and file a response to the defendant's motions.

The government is hereby requesting an extension of time to November 11, 2005, to file its response. The trial of this matter is currently scheduled to begin on December 12, 2005.

Accordingly, the government requests a continuance of the hearing on said motions to a date after November 11, 2005.

                              MICHAEL J. SULLIVAN  
                              United States Attorney


By:  /s/ William H. Connolly  
     William H. Connolly  
     Assistant U.S. Attorney

October 14, 2005