UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-cr-10076-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| KENYATTA ELIJAH JAHKUR | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

    Respectfully Submitted
    For the United States of America

    /s/Dana Gershengorn
    Dana Gershengorn
    Assistant U.S. Attorney
    One Courthouse Way, 9th FL
    Boston, MA 02210
    (617) 748-3120
    FAX: (617) 748-3954
    EMAIL: Dana.Gershengorn@usdoj.gov
    DC BAR # 453740
    *ATTORNEY TO BE NOTICED*

Dated: October 27, 2005