UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 5-10076-NMG |
| ) | |
| KENYATTA ELIJAH JAHKUR    ) | |
| ) | |

JOINT MOTION TO CONTINUE TRIAL AND FOR EXCLUDABLE TIME

The government and the defendant hereby jointly move for a continuance of the trial date in the above referenced case. As reasons therefore, the parties state that this case is presently scheduled for trial on December 12, 2005. On November 2, 2005 the Court granted the government's motion for an extension of time in which to file an opposition to the defendant's motion to suppress evidence in this matter - specifically the Court has allowed the government until November 11, 2005 to file its response. It is likely that the Court will hold an evidentiary hearing on the defendant's motion to suppress. Given those factors, the parties jointly move for a continuance of the trial date until January 9, 2006.

The parties further request that the Court exclude the time until January 9, 2005, or until such date as the Court sets this matter for trial. Both parties agree that the requested exclusion is in the interests of justice.

-1-

```
                         Respectfully submitted:


                         MICHAEL J. SULLIVAN
                         United States Attorney


                   By:   /s/ Dana Gershengorn
                         Dana Gershengorn
                         Assistant U.S. Attorney
                         One Courthouse Way, 9th floor
                         Boston, MA 02210
                         617-748-3120

                   By:   /s/ Michael F. Natola
                         Michael F. Natola
                         Attorney for Kenyatta Elijah Jahkur
                         BBO# 367580
                         63 Atlantic Avenue
                         Boston, MA 02110
                         617-367-1199
```

November 2, 2005