UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America )
                         ) Criminal No. 05-10076
V.                       )              NMG
                         )
Elijah Jahkur            )
_____)

<u>Defendant's Motion Request For Transfer</u>

NOW COMES Elijah Jahkur, Defendant in the above-captioned matter, filing pro-se:, who respectfully states and requests as follows:

1) Defendant is currently incarcerated at Essex County House of Corrections in Middleton Massachusetts.

2) On June 23, 2005, Defendant was handcuffed behind his back along with cellmate Mr. Francisco Santos, on Unit: 120-A/Cell-125.

3) While handcuffed, Correction Officer's, conducted a cell Search and emptied everything out of Cell-125, leaving Mr. Jahkur and Santos with nothing in there cells for (5) hours.

(1)

4) And mr. Jahkur needed to use the toilet to digest his bowels and the C-O David Earle and Justin Sarofian wouldn't give him his toilet paper back.

5) So mr. Jahkur, end up using the toilet with no toilet paper to wipe him self. Also mr. Jahkur, had to smell his feces and urine in the toilet for (5) hours. Due to the C-O's turning off the toilet water.

6) Due to this incident Mr. Jahkur was assaulted by the LT: Enos, who runs the 120-A Segregation unit. While in the cell after being brought back in after the Shake down, LT Enos Slapped mr. Jahkur in the face twice.

7) mr. Jahkur is in total fear to remain in Essex County Jail, due to numerous harassments by C-O Staff members that's racist towards black males.

8) On Monday July 25, 2005, mr. Jahkur was placed on an illegal alternate feeding status which is a (management loaf), due to having utensils in his cell.

9) The (management loaf) is a meal which is consisted of meat loaf and (2) slices of bread with (1) milk (3) times a day for (5) days.

(2)

10) Now due to mr. Jahkur's muslim religion he can't eat beef or pork. And the C-O's degraded him by forcing him to eat the meals or starve. Mr. Jahkur filed a grievance complaint, but it was denied by "C-O Mark Swiniarski".

11) So the C-O's continued to serve him with the (management loaf), starving mr. Jahkur for (5) days.

12) Also on July 21, 2005 mr. Jahkur witnessed a federal inmate get brutally beaten by correctional officer's at Essex County Jail. The Federal inmate is "Jonathan Wickers".

13) Due to that incident mr. Jahkur was made verbal threats of future reprisals against him, if he helps Jonathan Wickers in a law-suit against the officer's.

14) Elijah Jahkur, is very scared and paranoid to remain here at Middleton. He's having trouble sleeping at night due to the brutal beaten of mr. Jonathan Wickers.

WHEREFORE, Defendant respectfully requests that the Honorable court:

A. Grant this motion and transfer him to another facility; and B. Grant such other relief as maybe just and/or equitable.

(3)

Respectfully Submitted:

Elijah K. Jahkur
Elijah K. Jahkur
Unit: 120-A/135
PO BOX 807
Middleton, MA. 01949

## CERTIFICATION OF SERVICE

I hereby certify that copies of the above Motion Request for Transfer were mailed via U.S. mail to the United States District Court District of Massachusetts Clerk's Office on this 1st day of August 2005.

8-1-05
Date

Elijah K. Jahkur
Elijah K. Jahkur

(4)