UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-cr-10076-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| KENYATTA ELIJAH JAHKUR | ) | |
| | ) | |

**MOTION TO ADVANCE OR CONTINUE SENTENCING**

Now comes the United States and hereby requests that the sentencing for the above named defendant, presently scheduled for March 30, 2006, be advanced or continued until March 29, 2006, or April 3-5, 2006. As reasons therefore, the government states that the assigned Assistant U.S. Attorney has been notified of a mandatory in-house training scheduled for March 30, 2006, in the afternoon at the United States Attorney's Office. The United States Attorney has requested that all Assistants attempt to clear their schedule on that day, so that they can attend this training.

Defense counsel of record assents to this motion. For the reasons stated above, the United States respectfully requests that this Court advance or continue the scheduled sentencing date in the above referenced matter.

Respectfully submitted
For the United States

MICHAEL SULLIVAN
UNITED STATES ATTORNEY

By:/s/Dana Gershengorn
DANA GERSHENGORN
Assistant U.S. Attorney
617-748-3120

        Respectfully Submitted
        For the United States of America

        /s/Dana Gershengorn
        Dana Gershengorn
        Assistant U.S. Attorney
        One Courthouse Way, 9th FL
        Boston, MA 02210
        (617) 748-3120
        FAX: (617) 748-3954
        EMAIL: Dana.Gershengorn@usdoj.gov
        DC BAR # 453740
        *ATTORNEY TO BE NOTICED*

Dated: October 27, 2005