UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>KENYATTA ELIJAH JAHKUR  ) | CRIMINAL NO. 05-10076-NMG |

## NOTICE OF APPEAL

Pursuant to F.R.A.P., Rules 3 and 4(b), the defendant hereby gives notice of appeal to the United States Court of Appeals for the First Circuit of the judgment and sentence imposed upon him in the above-referenced action on April 10, 2006.

/s/ Elijah Kenyatta Jahkur
_____

April 18, 2006      ELIJAH KENYATTA JAHKUR
Essex County Correctional Facility
P.O. Box 807
Middleton, MA  01949

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appeal has been served electronically the above date upon Assistant U.S. Attorney Dana Gershengorn.

/s/ Elijah Kenyatta Jahkur
_____
ELIJAH KENYATTA JAHKUR