UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 05-10076-NMG |
| ) | |
| KENYATTA ELIJAH JAHKUR   ) | |

MOTION FOR LEAVE TO WITHDRAW
AND FOR APPOINTMENT OF APPELLATE COUNSEL

Now comes Michael F. Natola, and respectfully moves the Court for leave to withdraw as attorney for the defendant, and also moves the Court to appoint appellate counsel for the defendant pursuant to the Criminal Justice Act.

In support hereof, the moving party respectfully says:

1. He was appointed, pursuant to the Criminal Justice Act, to represent the defendant in the instant action.

2. In connection with his representation of the defendant, he filed and prosecuted a <u>Motion to Suppress Evidence Illegally Seized.</u>

3. After an evidentiary hearing, the Court denied that motion, and issued a written memorandum of its reasons for denying the motion.

4. The moving party has reviewed the Court's memorandum denying the motion to suppress, and has concluded that there is no legitimate ground to appeal the Court's decision, and that any appeal of the Court's decision denying the motion to suppress would border on being frivolous.

5. Under these circumstances, the moving party feels strongly that the interests of the defendant would be better served by permitting him to withdraw as attorney for the defendant, and by appointing new appellate counsel for the defendant pursuant to the Criminal Justice Act.

Respectfully submitted,

/s/ Michael F. Natola

_____

April 18, 2006

MICHAEL F. NATOLA
BBO No. 367580
63 Atlantic Avenue
Boston, Massachusetts 02110
Tel. (617) 367-1199
Fax (617) 227-3384
E-mail MFNatola@aol.com

**CERTIFICATE OF SERVICE**

I, Michael F. Natola, hereby certify that a true copy of the foregoing has been served the above date, electronically, upon Assistant U.S. Attorney Dana Gershengorn.

/s/ Michael F. Natola

_____
MICHAEL F. NATOLA

2