UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10076-NMG |
| ) | |
| KENYATTA ELIJAH JAHKUR ) | |

## MOTION TO WAIVE FILING FEE

The defendant respectfully moves the Court to waive the $455.00 filing fee for appealing the judgment and sentence in this case to the United States District Court for the First Circuit.

In support hereof, the defendant respectfully says that he is indigent and is without assets or funds with which to pay the filing fee.

/s/ Elijah Kenyatta Jahkur
_____
April 18, 2006                ELIJAH KENYATTA JAHKUR
Essex County Correctional Facility
P.O. Box 807
Middleton, MA  01949

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appeal has been served electronically the above date upon Assistant U.S. Attorney Dana Gershengorn.

/s/ Elijah Kenyatta Jahkur
_____
ELIJAH KENYATTA JAHKUR

1