UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10076

United States of America

v.

Kenyatta Elijah Jahkur

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-26

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/18/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 16, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/17/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10076-NMG-ALL

Case title: USA v. Jahkur                        Date Filed: 03/23/2005

Assigned to: Judge Nathaniel M. Gorton

**Defendant**

**Kenyatta Elijah Jahkur** (1)        represented by **Michael F. Natola**
*TERMINATED: 04/26/2006*                              63 Atlantic Avenue
                                                      Suite 2B
                                                      Boston, MA 02110
                                                      617-367-1199
                                                      Fax: 617-227-3384
                                                      Email: MFNatola@aol.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      Designation: CJA Appointment

**Pending Counts**                                    **Disposition**

18:922(g)(1)-POSSESSION OF A                          On Count I; 46 months BOP, 3
FIREARM AND AMMUNITION                                years of SR. Submit to DNA
BY A CONVICTED FELON                                  sample. SA $100.00 forfeiture of
(1)                                                   2 firearms. Conditions as
                                                      described in J&C.

**Highest Offense Level
(Opening)**
Felony

**Terminated Counts**                                 **Disposition**
None

**Highest Offense Level**

**(Terminated)**

None

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

USA                                represented by **Dana M. Gershengorn**
                                                  U.S. Department of Justice
                                                  6th Floor
                                                  1400 New York Ave., N.W.
                                                  Washington, DC 20530
                                                  202-353-3420
                                                  Fax: 202-514-1793
                                                  Email:
                                                  Dana.Gershengorn@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William H. Connolly**
                                                  United States Attorney's Office
                                                  John Joseph Moakley Federal
                                                  Courthouse
                                                  1 Courthouse Way
                                                  Suite 9200
                                                  Boston, MA 02210
                                                  617-748-3174
                                                  Fax: 617-748-3954
                                                  Email:
                                                  William.Connolly@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2005 | 1 | INDICTMENT as to Kenyatta Elijah Jahkur (1) count(s) 1. (Diskes, Sheila) (Entered: 03/24/2005) |
| 03/23/2005 | 2 | Judge Nathaniel M. Gorton : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler |

| | | |
|---|---|---|
| | | Reason for referral: Pretrial as to Kenyatta Elijah Jahkur (Diskes, Sheila) (Entered: 03/24/2005) |
| 04/05/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial appearance for Kenyatta Elijah Jahkur held on 4/5/2005; William Connolly for the govt. and Michael Natola for the deft.; David Picozzi for Pretrial Services; Deft. is informed of the charges, rights and right to counsel; Deft. completes a financial affidavit and the court orders the appointment of counsel forthwith; Deft. is sworn and questioned by the court; Govt. moves for detention and continuance; A detention hearing is set for 4/7/2005 at 2:00 PM; Deft. is remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/05/2005) |
| 04/07/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Arraignment for Kenyatta Elijah Jahkur held on 4/7/2005; William Connolly for the govt., Michael Natola for the deft. and David Picozzi for Pretrial Services; Counsel for the deft. addresses the court and states that the deft. will consent to voluntary detention without prejudice; The court will enter an order of voluntary detention forthwith; The deft. waives the reading of the indictment in its entirety and pleads not guilty to count 1; An initial status conference is set for 5/20/2005 at 10:30 AM; The deft. is remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/07/2005) |
| 04/07/2005 | 3 | Judge Marianne B. Bowler: Electronic ORDER entered. ORDER OF VOLUNTARY DETENTION WITHOUT PREJUDICE as to Kenyatta Elijah Jahkur. (Bowler, Marianne) (Entered: 04/07/2005) |
| 04/07/2005 | 5 | Magistrate Judge Marianne B. Bowler: ORDER entered; CJA 20 for Kenyatta Elijah Jahkur: Appointment of Attorney Michael F. Natola for Kenyatta Elijah Jahkur. (Saccoccio, Dianalynn) (Entered: 04/07/2005) |
| 05/10/2005 | 6 | Letter (non-motion) regarding Transporting Defendant to Court on May 20, 2005 as to Kenyatta Elijah Jahkur (Natola, Michael) (Entered: 05/10/2005) |
| 05/10/2005 | 7 | Arrest Warrant Returned Executed on 4/29/05. as to Kenyatta Elijah Jahkur. (Nici, Richard) (Entered: 05/13/2005) |
| 05/20/2005 | | Electronic clerk's notes for proceedings held before Magistrate |

| | | |
|---|---|---|
| | | Judge Marianne B. Bowler: Initial status conference for Kenyatta Elijah Jahkur held on 5/20/2005; Paul Moore standing in for William Connolly for the govt. and Michael Natola for the deft.; The deft. is also present in court; The parties state that discovery is complete and counsel for the deft. requests a date to file a motion to suppress; The court sets a deadline date to file the motion to suppress for 7/1/2005 and will file a final status report notifying the district judge that a motion to suppress will be filed; The parties agree to exclude the time from today to 7/1/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/20/2005) |
| 05/20/2005 | 8 | Assented to MOTION to Exclude *Time From May 23, 2005 Through And Including July 1, 2005* as to Kenyatta Elijah Jahkurby USA. (Moore, Paul) (Entered: 05/20/2005) |
| 05/20/2005 | 9 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Kenyatta Elijah Jahkur. (Saccoccio, Dianalynn) (Entered: 05/23/2005) |
| 05/23/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 8 Motion to Exclude as to Kenyatta Elijah Jahkur(1). (Bowler, Marianne) (Entered: 05/23/2005) |
| 05/23/2005 | | Judge update in the case of Kenyatta Elijah Jahkur; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 05/23/2005) |
| 06/27/2005 | 10 | MOTION for Extension of Time to September 2, 2005 to File File Substantive Motions as to Kenyatta Elijah Jahkur. (Natola, Michael) (Entered: 06/27/2005) |
| 07/26/2005 | | NOTICE OF HEARING as to Kenyatta Elijah Jahkur Pretrial Conference set for 8/12/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/26/2005) |
| 08/02/2005 | 11 | MOTION Request for Transfer to Another Facility as to Kenyatta Elijah Jahkur. (Elefther, Elizabeth) (Entered: 08/02/2005) |
| 08/12/2005 | 12 | MOTION for Excludable Delay from June 27, 2005 to December 12, 2005 as to Kenyatta Elijah Jahkur. (Natola, Michael) (Entered: 08/12/2005) |

| | | |
|---|---|---|
| 08/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Kenyatta Elijah Jahkur held on 8/12/2005, Motions terminated as toKenyatta Elijah Jahkur: allowing 10 terminating 11 allowing 12 Jury Trial set for 12/12/2005 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 08/12/2005) |
| 09/22/2005 | 13 | MOTION to Suppress *Evidence Illegally Seized* as to Kenyatta Elijah Jahkur. (Natola, Michael) (Entered: 09/22/2005) |
| 09/22/2005 | 14 | AFFIDAVIT of Kenyatta Elijah Jahkur by Kenyatta Elijah Jahkur 13 MOTION to Suppress *Evidence Illegally Seized* filed by Kenyatta Elijah Jahkur, (Natola, Michael) (Entered: 09/22/2005) |
| 09/22/2005 | 15 | MEMORANDUM in Support by Kenyatta Elijah Jahkur re 13 MOTION to Suppress *Evidence Illegally Seized* (Natola, Michael) (Entered: 09/22/2005) |
| 10/14/2005 | 16 | MOTION for Extension of Time to November 11, 2005 to File Response/Reply as to 13 MOTION to Suppress *Evidence Illegally Seized* as to Kenyatta Elijah Jahkurby USA. (Connolly, William) (Entered: 10/14/2005) |
| 10/27/2005 | 17 | NOTICE OF ATTORNEY APPEARANCE Dana M. Gershengorn appearing for USA. (Gershengorn, Dana) (Entered: 10/27/2005) |
| 11/02/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 16 Motion for Extension of Time to File Response/Reply as to Kenyatta Elijah Jahkur (1) (Nicewicz, Craig) (Entered: 11/02/2005) |
| 11/02/2005 | 18 | Joint MOTION to Continue *trial date* as to Kenyatta Elijah Jahkurby USA. (Gershengorn, Dana) (Entered: 11/02/2005) |
| 11/04/2005 | 19 | MEMORANDUM in Opposition by USA as to Kenyatta Elijah Jahkur re 13 MOTION to Suppress *Evidence Illegally Seized* (Gershengorn, Dana) (Entered: 11/04/2005) |
| 11/08/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 18 Motion to Continue as to Kenyatta Elijah Jahkur (1) and for excludable time. (Nicewicz, Craig) (Entered: 11/08/2005) |
| 11/08/2005 | | Terminate Deadlines and Hearings as to Kenyatta Elijah |

| | | |
|---|---|---|
| | | Jahkur: (Nicewicz, Craig) (Entered: 11/08/2005) |
| 11/08/2005 | | NOTICE OF HEARING as to Kenyatta Elijah Jahkur Jury Trial set for 1/9/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/08/2005) |
| 11/08/2005 | | NOTICE OF HEARING ON MOTION as to Kenyatta Elijah Jahkur Motion Hearing set for 12/19/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton on MOTION to Suppress Evidence Illegally Seized as to Kenyatta Elijah Jahkur 13(Nicewicz, Craig) (Entered: 11/08/2005) |
| 12/19/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Motion Hearing as to Kenyatta Elijah Jahkur held on 12/19/2005 re 13 MOTION to Suppress *Evidence Illegally Seized* filed by Kenyatta Elijah Jahkur. Govt. calls Sgt. Goyette, cross, redirect. Counsel present argument to the court. Court wil take matter under advisement. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/19/2005) |
| 12/19/2005 | 20 | EXHIBIT/WITNESS LIST by Kenyatta Elijah Jahkur (Nicewicz, Craig) (Entered: 12/19/2005) |
| 12/20/2005 | 21 | Judge Nathaniel M. Gorton : Memorandum and ORDER entered denying 13 Motion to Suppress as to Kenyatta Elijah Jahkur (1) (Sonnenberg, Elizabeth) (Entered: 12/21/2005) |
| 01/03/2006 | | NOTICE OF HEARING as to Kenyatta Elijah Jahkur Change of Plea Hearing set for 1/6/2006 12:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/03/2006) |
| 01/06/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Change of Plea Hearing as to Kenyatta Elijah Jahkur held on 1/6/2006. Defendant is SWORN. Court has colloquy with defendant re: rights, charges, state of mind, background. Govt. summarizes plea agreement and evidence.Plea entered by Kenyatta Elijah Jahkur (1) Guilty Count 1. Sentencing set for 3/30/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/06/2006) |
| 01/06/2006 | 22 | PLEA AGREEMENT as to Kenyatta Elijah Jahkur (Sonnenberg, Elizabeth) (Entered: 01/23/2006) |
| 03/08/2006 | 23 | Assented to MOTION to Continue *sentencing* to 03/29/06 as |

| | | |
|---|---|---|
| | | to Kenyatta Elijah Jahkurby USA. (Gershengorn, Dana) (Entered: 03/08/2006) |
| 03/16/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 23 Motion to Continue as to Kenyatta Elijah Jahkur (1) Sentencing Hearing set for 4/10/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) Modified on 3/29/2006 (Nicewicz, Craig). (Entered: 03/22/2006) |
| 03/29/2006 | | Terminate Deadlines and Hearings as to Kenyatta Elijah Jahkur: (Nicewicz, Craig) (Entered: 03/29/2006) |
| 03/29/2006 | | Set/Reset Hearings as to Kenyatta Elijah Jahkur: Sentencing set for 4/10/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/29/2006) |
| 04/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Sentencing held on 4/10/2006 for Kenyatta Elijah Jahkur (1), Count(s) 1, TOL 19, CHC III. BOP 37-46 months. On Count I; 46 months BOP, 3 years of SR. Submit to DNA sample. SA $100.00 Court grants oral motion of forfeiture of 2 firearms. Informed of rights to appeal and representation. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 04/13/2006) |
| 04/18/2006 | 24 | NOTICE OF APPEAL by Kenyatta Elijah Jahkur Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/8/2006. (Natola, Michael) (Entered: 04/18/2006) |
| 04/18/2006 | 25 | MOTION to Withdraw as Attorney *and for Appointment of Appellate Counsel* by Michael F. Natola. as to Kenyatta Elijah Jahkur. (Natola, Michael) (Entered: 04/18/2006) |
| 04/18/2006 | 26 | MOTION Waive $455 Fee to File Appeal as to Kenyatta Elijah Jahkur. (Natola, Michael) (Entered: 04/18/2006) |
| 04/20/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 25 Motion to Withdraw as Attorney. as to Kenyatta Elijah Jahkur (1) (Sonnenberg, Elizabeth) (Entered: 04/20/2006) |
| | | |

| | | |
|---|---|---|
| 04/20/2006 | | Attorney update in case as to Kenyatta Elijah Jahkur. Attorney Michael F. Natola terminated. (Sonnenberg, Elizabeth) (Entered: 04/20/2006) |
| 04/26/2006 | 27 | Judge Nathaniel M. Gorton : ORDER entered. JUDGMENT as to Kenyatta Elijah Jahkur (1), Count(s) 1, On Count I; 46 months BOP, 3 years of SR. Submit to DNA sample. SA $100.00 forfeiture of 2 firearms. Conditions as described in J&C., STATEMENT OF REASONS as to Kenyatta Elijah Jahkur (Nicewicz, Craig) (Entered: 05/01/2006) |