United States District Court
District Of Massachusetts

United States of America )
) Case Number. 05-10076NMG
) USM Number. 25599-038
V. )
)
Elijah Kenyatta Jahkur )

Defendants Motion Request For Transfer

Now COMES Elijah Kenyatta Jahkur, Defendant in the above-captioned matter, filing pro-se; who respectfully states and requests as follows:

1.) Defendant is currently incarcerated at the Essex County House Of Corrections in Middleton, Massachusetts.

2.) On May 12, 2006 the Defendant Mr. Jahkur, was arraign in Salem District Court 65 Washington Street in Salem, Mass. 01970

For the following charges below:

1. A&B c.265 § 13A(a)

A. Grant this motion and transfer him to another facility until the U.S. Marshals Air-Lift him to a Federal prison. B. Grant such other relief as maybe just and/or equitable.

Respectfully Submitted:

*Elijah Kenyatta Jahkur*
Elijah Kenyatta Jahkur
Unit: 120-B/257
E.C.C.F.
PO BOX 807
Middleton, MA. 01949

## CERTIFICATION OF SERVICE

I hereby certify that copies of the above Motion Request for Transfer were mailed via U.S. Mail in the inmate mail box system to the United States District Court District of Massachusetts clerks Office on this 19th day of June 2006.

6-19-06
Date

*Elijah Kenyatta Jahkur*
Elijah Kenyatta Jahkur