United States District Court
District Of Massachusetts

FILED
S OFFICE
SEP 20 P 2:31

United States of America ⟩    No. 05-cr-10076-NMG
)
V.                          ⟩    US Marshal No. 25599-038
)
)
Elijah Kenyatta Jahkur      ⟩

## Motion To Correct Name

Now comes the defendant Mr. Elijah kenyatta Jahkur, in the above captioned case filing pro se, in the matter of a motion to correct name for the records of the court.

1. The defendant Mr. Elijah Jahkur, was arraign on April 5, 2005 in Boston US District of Massachusetts Federal courthouse.

2. The defendant's name has been mixed up, and pronounced wrong for the record every since, he's been arraign on the above date.

3. And the (B-O-P) Bureau of prisons has the defendant's name wrong. The defendant's name is "Elijah kenyatta Jahkur", not "kenyatta Elijah Jahkur".

(1)

4. So for the record's can the Court please correct the defendant's name the right way which is "Elijah kenyatta Jahkur". And notify the (B-O-P) Of the name change correction where the defendant is being housed. USP Canaan PO BOX 300 Waymart, PA. 18472

5. The defendant legally changed his name to "Elijah kenyatta Jahkur" from "Edward Douglas Harris" on April 19, 2003 out of the probate and family Court in Norfolk County. So please notify USP Canaan's Records Department Of the name correction.

Conclusion:

So for all the foregoing reasons the defendant prays that this honorable court house allow his Motion to correct name, So it can reflect on the court records and be changed immediately out Of all respects.

Dated:

Respectfully Submitted:

September 15, 2006

_Elijah Kenyatta Jahkur_
Elijah kenyatta Jahkur
# 25599-038
USP Canaan
PO BOX 300
(2) Waymart, PA. 18472

## Certificate of Service

I, Elijah K. Jahkur, filing Pro Se, hereby certify that a true, original Motion to correct name document has been served the above date by inmate mail system policy by first class mail upon the clerks office of U.S. district of Massachusetts, Boston Federal court house.

Date: 9-15-06

_Elijah Kenyatta Jahkur_
Elijah Kenyatta Jahkur

(3)