```
FILED
IN CLERKS OFFICE

2007 AUG 22  P 12: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

Elijah K. Jahkur #25599-038
FCI-Allenwood
PO Box 2000
White Deer, PA. 17887

Office of the clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

August 19, 2007

RE: Criminal Docket for case
# 1:05-cr-10076-NMG

Dear Clerk,

Can you please forward me an up to date "Criminal Docket Sheet" of my file in this courthouse. Due to my pending appeal that's up in the "1st cir" right now, I need to know if my motions were filed properly into the court on time.

My attorney isn't responding back for whatever reason, so I need to review my file.

(1)

Thank you very much for your time and attention.

Respectfully Submitted:

*Elijah K. Jahkur*
Elijah K. Jahkur #25599-038
FCI-Allenwood
PO Box 2000
White Deer, PA. 17887

(2)