# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1808

UNITED STATES,

Appellee,

v.

KENYATTA ELIJAH JAHKUR,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

JUDGMENT

Entered: August 7, 2007

    Appellant pled guilty to a charge of being a felon in possession of a firearm, but he reserved the right to appeal the district court's denial of his motion to suppress the firearm evidence. Appellant contends that he did not consent to the pat-down that led to the discovery of two weapons on his person.

    The district court held a suppression hearing at which the police officer who had conducted the pat-down was the only witness. Appellant submitted an affidavit to the court but declined to testify at the hearing.

    The court correctly placed the burden on the government to prove consent by a preponderance of the evidence. The court properly examined the totality of the circumstances. United States v. Marshall, 348 F.3d 281, 286 (1st Cir. 2003). It found that appellant's conduct - asking the officer for a ride to his girl friend's house and lifting his arms to the traditional search position when asked if he had weapons on him - supported the inference that he had consented to a pat-down. Under our

precedents consent need not be conveyed in words where the meaning of gestures is clear. United States v. Zapata, 18 F.3d 971, 977 (1st Cir. 1994); United States v. Miller, 589 F.2d 1117, 1130-1131 (1st Cir. 1978). The factual determination that consent was given is reviewed for clear error and we discern none. United States v. Forbes, 181 F.3d 1, 5 (1st Cir. 1999).

The government's motion for summary disposition is granted. The judgment is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 28 2007

By: _____

MARGARET CARTER

Chief Deputy Clerk.

[cc: Messrs: Stone, Connolly, Ms. Chaitowitz and Ms. Gershengorn]