FILED
IN CLERKS OFFICE

2007 OCT 25 P 12: 06

U.S. DISTRICT
DISTRICT OF MASS.

Elijah k. Jahkur #25599-038
FCI-Allenwood
Pot Box 2000
White Deer, PA. 17887

Att: Nathaniel M. Gorton, U.S. District Judge
United States District Court
Office, of The Clerk
John Joseph Moakley Courthouse
1 CourtHouse Way, Suite 2300
Boston, MA. 02210

RE: Elijah k. Jahkur's half-way house denial
Dkt # 1:05 CR-10076-NMG

October 19, 2007

Dear Mr. Gorton,
              I am writing you regarding my half-way
house getting denied by Cleveland, Ohio this month.

My case manager Ms. Foura, here at "FCI-Allenwood" is
telling me I am not getting no half way house, due
to my criminal history record. Now I was
Sentenced before your courthouse on April 10, 2006
to 46 months. (

I been in the federal bureau of prisons for 6 month
now and I am doing        everything right, programs;

(1)

going to school. working and staying out of trouble.

Since I been in the federal system, I transfered my whole probation down to Cleveland to get away from Boston, Mass and change my whole life style

I have a (10) year old son who needs me, I been in prison for (10) years now, I only was free for (4) months and came right back to prison. I need this half way house to help me adjust back to society slowly. These people are trying to throw me right back into the real world without adjustment.

Every one is eligible for a (6) months half way house unless they have warrants, open cases or detainers. In my case I don't even have that Mr. Gorton?

So for all the foregoing reasons, can you please contact the half way houses, Regional Director, the Warden Ebbert, from F.C.I. Allenwood and casemanager Foura, and inform them that it's my right to a halfway house to slowly adjust back into society, because personally I really feel like I'm being screwed over for my halfway house.

(2)

really appreciate what you can do mr. Gorton, due to my circumstances, it's only right you help me, Sir.

So thank you for your time, and attention to this matter.

Respectfully Submitted:

Elijah K. Jahkur #25599-038
FCI-Allenwood
PO Box 2000
White Deer, PA. 17887

(3)